21 F.3d 421
NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
 Philip M. COOPER, Plaintiff Appellant,
v.
CITY OF VIRGINIA BEACH; Charles R. Wall, individually, and
in his official capacity as Chief of Policy of the City of
Virginia Beach, Virginia; F. D. Wins, individually, and in
his official capacity as Policy Officer for the City of
Virginia Beach, Virginia, Defendants Appellees,
and
James SPOOR, individually, and in his official capacity as
City Manager of the City of Virginia Beach, Virginia; Meyer
Oberndorf, individually, and in her official capacity as
Mayor of the City of Virginia Beach, Virginia; Robert
Humphreys, individually, and in his official capacity as
Commonwealth Attorney for the City of Virginia Beach,
Virginia; Larry G. Kiefer, individually, and in his
official capacity as Corporal of the Sheriff's Department of
the City of Virginia Beach, Virginia; Thomas B. Rollins,
individually, and in his official capacity as Captain of the
Sheriff's Department of the City of Virginia Beach,
Virginia; Two (2) Unknown Deputy Sheriffs, individually,
and in their official capacities as Deputies for the
Sheriff's Department of the City of Virginia Beach Virginia;
Curtis J. Fruit individually, and in his official capacity
as Clerk of the Circuit Court of the City of Virginia Beach,
Virginia; Mike Davie, individually, in his official
capacity as Chief Deputy Clerk of the Circuit Court of the
City of Virginia Beach, Virginia; J. Dale Bimson,
individually, and in his official capacity as Judge of the
General District Court of the City of Virginia Beach,
Virginia; Stanley R. Hudgins, individually, and in his
official capacity as Judge of the General District Court of
the City of Virginia Beach, Virginia; Virginia D. Cochran,
individually, and in her official capacity as judge of the
General District Court of the City of Virginia Beach,
Virginia; Alan E. Rosenblatt, individually, and in his
official capacity as Judge of the Circuit Court of the Ciry
of Virginia Beach, Virginia; Billy Yeats, individually, and
in his official capacity as Clerk in the General District
Court of the City of Virginia Beach, Virginia; Barbara
Murden, individually, in her official capacity as Clerk in
the Circuit Court of the City of Virginia Beach, Virginia;
Wray Baswell, individually, and in his official capacity as
Lieutenant of the Investigative Division of the City of
Virginia Beach, Virginia; Art Guertin, individually, and in
his official capacity as Lieutenant of the Internal Affairs
Unit for the City of Virginia Beach, Virginia; H. R.
Campbell, individually, and in his official capacity as
Captain Commanding Officer of the Internal Affairs Unit for
the City of Virginia Beach, Virginia; Nianza Wallace, II,
individually, and in his official capacity as Prosecuting
Attorney for the City of Virginia Beach, Virginia; J. L.
Norton, individually, and in her official capacity as Police
Officer for the City of Virginia Beach, Virginia; Leslie
Lilley, City Attorney for the City of Virginia Beach,
Virginia, Defendants.
 No. 93-1608.
 United States Court of Appeals, Fourth Circuit.
 Submitted: February 2, 1994.
Decided: April 12, 1994.
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge. (CA-92-478)
 Philip M. Cooper, Appellant Pro Se.
 Richard Jay Beaver, City Attonrey's Office, Virginia Beach, Virginia, for Appellees.
 E.D.Va.
 AFFIRMED.
 Before PHILLIPS, WILKINSON, and HAMILTON, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order denying relief on his 42 U.S.C. Sec. 1983 (1988) complaint. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Cooper v. City of Virginia Beach, No. CA-92-478 (E.D. Va. Apr. 13, 1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED